[Civil No. 1842.   Filed May 27, 1921.]

[198 Pac. 121.]

ED. A. SAWYER and GEORGE A. OLNEY, Appellants, v. MANITOU MINERAL WATER COMPANY, a Corporation, Appellee.

APPEAL from a judgment of the Superior Court of the County of Maricopa. Andrew S. Gibbons, Judge. Reversed and remanded, with directions.

Messrs. Baker & Whitney, for Appellants.

Messrs. Townsend, Stockton & Drake, for Appellee.

ROSS, C. J.—This is a companion case to No. 1843, *Sawyer and Olney* v. *Pabst Brewing Co., ante,* p. 384, 198 Pac. 118. The parties have filed a stipulation that the decision and judgment in the last-named case should be controlling in the disposition of this case. In accordance therewith, the judgment will be reversed and the cause remanded, for disposition as is ordered in the Pabst Brewing Company case.

BAKER and McALISTER, JJ., concur.